# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 28 MM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DAVID ANTONIO RUFFIN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, the Motion for a Copy of the Pennsylvania Rules of Appellate Procedure, the Motion for Release on Recognizance, and the Motion to Expedite Ruling are **DENIED**.